UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MATTHEW A. STEIN,**

       **Plaintiff,**

  v.                                         Civil Action 2:24-cv-990
                                                  Magistrate Judge Chelsey M. Vascura

**PETE HEGSETH,** *Secretary,*
*United States Department of Defense*, *et al.*,

       **Defendants.**

## ORDER

Plaintiff's Motion for Sanctions and to Compel (ECF No. 34) is **DENIED WITHOUT PREJUDICE**. Plaintiff failed to contact the Court to request an informal conference prior to filing the motion as required by the undersigned's Preliminary Pretrial Order. (ECF No. 19 at 3.) Further, Plaintiff's motion does not reflect that he and Defendant have conferred about the alleged deficiencies in Defendant's discovery responses. The parties are **ORDERED**, to the extent they have not already done so, to confer regarding the alleged deficiencies via simultaneous means (e.g., telephone or video conference) **ON OR BEFORE JANUARY 15, 2026**. If the parties remain at impasse after conferring, they are directed to contact chambers at Vascura_Chambers@ohsd.uscourts.gov to arrange an informal conference.

      **IT IS SO ORDERED.**

                                                            /s/ *Chelsey M. Vascura*
                                                            CHELSEY M. VASCURA
                                                            UNITED STATES MAGISTRATE JUDGE